ALBANY, October, 1823.

Kelley
v.
Horton.

---

## KELLEY *against* HORTON and SMITH.

*Tho' a road be laid out, the overseer of highways has no right to open it, by removing fences, without an order from the commissioners, or a majority of them.*

*Nor have they a right to open a road which they have laid out, or direct it to be opened by removing fences, until after 60 days notice to the owner, to remove his fences.*

*And if fences are removed, to open a road newly laid out, without such notice, all persons concerned therein are trespassers.*

ON certiorari to a Justice's Court. The action was trespass in the Court below, by Kelly against Horton & Smith, for pulling down the plaintiff's fence. Smith, as overseer of highways, and Horton, as coming in his aid, justified this, and proved by a witness, that he heard the plaintiff tell Smith, the overseer, that the former would open his fence when the latter wished to work the road. Verdict and judgment for the defendants.

*G. Lawrence*, for the plaintiff in error.

*H. Baldwin*, contra.

*Curia.* The testimony of the witness who heard the plaintiff tell the overseer that he would open his fence, when the latter wished to work the road, seems to admit that a road had been laid there; but by the 39th section of the act to regulate highways, (2 R. L. 283,) the plaintiff was entitled to 60 days notice from the commissioners, or a majority of them, to remove his fences; and the overseer had no right to open the road without their orders. The verdict is against law and evidence.

Judgment reversed.